

# The Moorish National Republic
## Societas Republicae Ea Al Maurikanos
### ~ Moorish Divine and National Movement of the World ~
*Northwest Amexem / Northwest Africa / North America* - 'The North Gate'
**Aboriginal and Indigenous Natural Peoples of the Land**

---

8:21 cv 2742 KKM-AEP

In the Middle District Court
for Florida Republic

Erod Habib Xaragua El,
Natural Person, In Propria Persona, Authorized Representative
Ex Relatione EROD LAPOINTE:
U.C.C. 1-207/ 1-308 ; U.C.C. 1-103
All Rights Reserved
Yamassee Territory
[c/o 222 North Hiawassee Road Box #48]
[near Orlando Territory, Florida Republic [zip exempt]]
Northwest Amexem

**Claimant**

v.

Michael Braem ; Deanna K. Lee ; CHARTER COMMUNICATIONS, INC.

**Respondents**

### Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the Respondents to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to Claimant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under the Treaty and laws for the United States Republic as follow:

**Constitution Article I Section 8**
The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;

**Constitution Article I Section 10**
No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.

**Constitution Article VI**
All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.
This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

**Universal Declaration of Human Rights**
**Article 17**
(2) No one shall be arbitrarily deprived of his property.

**Declaration on the Rights of Indigenous Peoples, PART I**
**Article 1**
Indigenous People have the right to the full and effective enjoyment of all Human Rights and fundamental Freedoms recognized in the charter of the United Nations, The Universal Declaration of Human Rights and International Human Rights Law.

### Venue

Original Jurisdiction Middle District Court Florida Republic

### Claimant

Erod Habib Xaragua El, Natural Person, In Propria Persona, Sui Juris. I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF Seventeen Hundred AND Eighty-Seven (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

#### Article 4
"A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination."

#### Article 20
"If any of the citizens of the United States, or any persons under their protection, shall have any dispute with each other, the consul shall decide between the parties; and whenever the consul shall require any aid, or assistance from our Government, to enforce his decisions, it shall be immediately granted to him."]

#### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

#### Article 24
"If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement; and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgence, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them."

### Respondents

Michael Braem, Deanna K. Lee; CHARTER COMMUNICATIONS, INC.

## Facts

In support of this claim I state for the record:

1. On September 22nd, 2021 a Notice of Non-Obligation of Debt was sent certified mail, return receipt to Christopher L. Winfrey at CHARTER COMMUNICATIONS, INC. (SPECRTRUM) to instruct his representatives, agents and assigns to discharge their debt claim against the United States.

2. On September 27th, 2021, the Notice of Non-Obligation of Debt was delivered at CHARTER COMMUNICATIONS, INC. (SPECRTRUM). The return receipt was returned to Claimant unsigned.

3. On October 14th, 2021, a Notice of Intent to Lien was sent certified mail, return receipt to Christopher L. Winfrey at CHARTER COMMUNICATIONS, INC. (SPECRTRUM) to instruct his representatives / agents / assigns to discharge and transfer their debt obligation to the United States.

4. On October 18th, 2021, the Notice of Intent to Lien was delivered at CHARTER COMMUNICATIONS, INC. (SPECRTRUM). The return receipt was returned to Claimant unsigned with the Article Number sticker missing.

5. On October 29, 2021 an electronic mail was received from Deanna K. Lee at CHARTER COMMUNICATIONS, INC. expressing the intent to discuss an important matter relating to the Spectrum account, without any mention that the claim of debt was discharged against the United States as the Constitution prescribed.

6. On November 3rd, 2021 an electronic mail was received from a representative, agent or assign at CHARTER COMMUNICATIONS, INC. without any mention that the claim of debt was discharged against the United States as the Constitution prescribed.

7. On November 6th, 2021 a letter was received by the Claimant from Michael Braem at CHARTER COMMUNICATIONS, INC. without any mention that the claim of debt was discharged against the United States as the Constitution prescribed.

8. On November 12th, 2021 a notice was left at the Claimant' domicile by Eric, a representative and independent contractor for Spectrum, to "help restore your services with no payment fees, avoid final disconnect of your Spectrum services, or to collect your Spectrum owned equipment" for a minimum required of $188.

## Legal Claims

All Law is contract therefore in order for Respondents Michael Braem, Deanna K. Lee and CHARTER COMMUNICATIONS, INC. to conduct business at North America, the original Contract which is the Constitution (the supreme law of the land) for the United States Republic must be honored. Any representative, agent or assign at CHARTER COMMUNICATIONS, INC. who make claim of debt or assume any debt against Claimant is in direct violation of the Constitution for the United States Republic.

*"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation."*

Any representative, agent or assign at CHARTER COMMUNICATIONS, INC. returning to Claimant a return receipt without a signature is an attempt at avoiding accountability in the event of due process of law.

*"No one shall be arbitrarily deprived of his property."*

In attempting to contact Claimant via regular mail or electronic mail by any representative, agent or assign, especially Respondents Michael Braem and Deanna K. Lee at CHARTER COMMUNICATIONS, INC., after the time set by the Notice of Intent to Lien to discuss any matter relating to the Claimaint' Rights secured by the Constitution is awareness, admission and ignorance of the issue in controversy and violation of the Constitution for the United States Republic.

*"The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;"*

By allowing any representative, agent, assign at, or any independent contractor for CHARTER COMMUNICATIONS, INC. to go to Claimant' private domicile and attempt to lay and collect taxes disguised as debt which is valid against the United States, debt which only gold and silver coin can be

made tender in its payment, is violation of Claimant' Rights secured by the Constitution for the United States Republic.

*"No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility."*

## RELIEF

**1. The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the Constitution for the United States Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1. I, Erod Habib Xaragua El, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2. I, Erod Habib Xaragua El, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the Middle District Court to fulfill their obligation to preserve the rights of this Claimant (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Respondents to be brought before the Law to answer for their criminal and unjust actions.

3. All representatives, agents, assigns and contractors at CHARTER COMMUNICATIONS, INC. are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

4. Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation of the United States Republic Constitution is required by law to immediate recusal of his or her office.

5. Respondent Deanna K. Lee is being sued for $500 for compensatory damages and $500 for punitive damages in his official and private capacity payable in lawful money.

6. Respondent Michael Braem is being sued for $500 for compensatory damages and $500 for punitive damages in her official and private capacity payable in lawful money.

7. Respondent CHARTER COMMUNICATIONS, INC. is being sued for $15,000 for compensatory damages and $15,000 for punitive damages in its official and private capacity payable in lawful money.

8. The Respondents Michael Braem, Deanna K. Lee and CHARTER COMMUNICATIONS, INC. shall have 20 days from Service of this Affidavit of Fact to respond.

I declare under the penalty of perjury under the law of the Zodiac Constitution with which the Constitution for United States Republic is in harmony that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this _18_ day of _November_, 2021 = 1442 M.C.

I Am: _[signature]_
Erod Habib Xaragua El, Authorized Representative
Natural Person, In Propria Persona, All Rights Reserved
U.C.C. 1-207/ 1-308; U.C.C. 1-103
[c/o 222 North Hiawassee Road Box #48]
[near Orlando Territory, Florida Republic [Zip Exempt]]
Northwest Amexem