



# The Moorish National Republic

## Societas Republicae Ea Al Maurikanos

### ❧ ~ Moorish Divine and National Movement of the World ~ ❧

*Northwest Amexem / Northwest Africa / North America* - **'The North Gate'**
**Aboriginal and Indigenous Natural Peoples of the Land**
The true and de jure Al Moroccans / Americans

---

## List of Exhibits:

**Exhibit A**
Affidavit of Fact - Certificate of Service.

**Exhibit B**
Copy of 'Notice of Non-Obligation of Debt'.

**Exhibit C**
Copy of certified mail receipt and unsigned return receipt for 'Notice of Non-Obligation of Debt'.

**Exhibit D**
Copy of USPS Tracking confirming Delivery of 'Notice of Non-Obligation of Debt'.

**Exhibit E**
Copy of 'Notice of Intent to Lien'.

**Exhibit F**
Copy of certified mail receipt and unsigned return receipt, with Article Number missing, for 'Notice of Intent to Lien'.

**Exhibit G**
Copy of USPS Tracking confirming Delivery of 'Notice of Intent to Lien'.

**Exhibit H**
Copy of electronic mail received from Deanna K. Lee.

**Exhibit I**
Copy of electronic mail received from unidentified representative, agent or assign of CHARTER COMMUNICATIONS.

**Exhibit J**
Copy of mail received from Michael Braem.

**Exhibit K**
Copy of Notice left at Erod Habib Xaragua El' private domicile by Eric, a representative and independent contractor for SPECTRUM.

  

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

## Affidavit of Fact
### Exhibit A - Certificate of Service

November 19, 2021 [c.c.y.]

Middle District Court of Florida
Elizabeth Warren
Clerk of Court
c/o 801 North Florida Avenue
near Tampa Territory, Florida Republic
[33602] uSA

It is Hereby Certified that service of the foregoing, the associated Memorandum of Law, and the associated Affidavit of Material Facts have been made upon the following addressee by depositing a copy in the United States Republic mail, postage prepaid, this _____*19*_____ day of _____*November*_____, 1442 M.C. (2021 c.c.y.) addressed to:

Supreme Court of the State of Florida
Charles T. Canady
c/o 500 South Duval Street
near Tallahassee Territory, Florida Republic
[06106] uSA
United States Republic Postmaster Article Number: 7021 1970 0000 5789 5023

State Capitol
State of Florida Governor
Ron DeSantis
c/o 400 South Monroe Street
near Tallahassee Territory, Florida Republic
[32399] uSA
United States Republic Postmaster Article Number: 7021 1970 0000 5789 5030

State of Florida Attorney General
Ashley Moody
c/o PL-01 The Capitol
near Tallahassee Territory, Florida Republic
[32399] uSA
United States Republic Postmaster Article Number: 7021 1970 0000 5789 5047

State of Florida Secretary of State
Laurel M. Lee
c/o 500 South Bronough Street
near Tallahassee Territory, Florida Republic
[32399] uSA
United States Republic Postmaster Article Number: 7021 1970 0000 5789 5054


Michael Braem
Charter Communications, Inc.
c/o 4145 South Falkenburg Road
near Riverview Territory, Florida Republic
[33578] uSA
United States Republic Postmaster Article Number: 7021 1970 0000 5789 5061


Deanna K. Lee
Charter Communications, Inc.
c/o 5413 State Road 64 East
near Bradenton Territory, Florida Republic
[34208] uSA
United States Republic Postmaster Article Number: 7021 1970 0000 5789 5085


Registered Agent
Corporate Service Company
c/o 1201 Hays Street
near Tallahassee Territory, Florida Republic
[32301] uSA
United States Republic Postmaster Article Number: 7021 1970 0000 5789 5078


Erod Habib Xaragua El,
Authorized Representative, Natural Person,
In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Yamassee Territory
c/o 222 North Hiawassee Road Box #48
near Orlando, Florida Republic [Zip Exempt]
Northwest Amexem

Exhibit A

  



# *The Moorish National Republic*

### *Societas Republicae En Al Maurikanos*

### ❦ ~ *Moorish Divine and National Movement of the World* ~ ❦

*Northwest Amexem / Northwest Africa / North America* - 'The North Gate'
**Aboriginal and Indigenous Natural Peoples of the Land**
The true and de jure Al Moroccans / Americans



## Notice of Non-Obligation of Debt
Notice to Principle is Notice to Agent. Notice to Agent is Notice to Principle.

21 September, 2021 [CCY]

To:
CHARTER COMMUNICATIONS / SPECTRUM
Chief Financial Officer
Christopher L. Winfrey

I, Erod Habib Xaragua El, am a Moorish American National, Sui Juris, Sui Hæredes, In Propria Persona, Aboriginal and Indigenous to the American Continent, Heir Unconditional upon My Ancestral Estate and Authorized Representative for the CORPORATE entity named EROD LAPOINTE.

Article 1 Section 10 of the American Constitution adopted for the united States conducting commerce at Morocco (North America, Maghrib Al Aqsa) provides that: *"No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts..."* Article 6: "*All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the united States under this Constitution, as under the Confederation.*"

I have included with this letter a claim of debt obligation from your corporation. On behalf of the Moorish Nation, regardless whether or not the debt voucher has been properly endorsed for discharge, it is your responsibility as Chief Financial Officer to give proper instructions to your agents on how to discharge said debt in your computing systems and honor the Supreme Law of The Land.

Erod Habib Xaragua El,
Authorized Representative
All rights Reserved

Exhibit B



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SPECTRUM/CHARTER COMMUNICATIONS
Chief Financial Officer
Christopher L. Winfrey
care of 400 Atlantic Street
Near Stamford, Connecticut [06901]

9590 9402 6122 0209 2298 21

2. Article Number (Transfer from service label)
7021 1970 0000 5792 1180

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Stamford     OFFICIAL USE

Certified Mail Fee  $3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage  $0.58

Total Postage and Fees  $7.38

Sent To
CHARTER COMMUNICATIONS, Christopher L. Winfrey
Street and Apt. No., or PO Box No.
care of 400 Atlantic Street
City, State, ZIP+4®
Near Stamford, Connecticut [06901]

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Exhibit C

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70211970000057921180

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:58 pm on September 27, 2021 in STAMFORD, CT 06902.

## ⊘ Delivered, Front Desk/Reception/Mail Room

September 27, 2021 at 12:58 pm
STAMFORD, CT 06902

Get Updates ⌄

Text & Email Updates                                                       ⌄

Tracking History                                                          ⌃

**September 27, 2021, 12:58 pm**
Delivered, Front Desk/Reception/Mail Room
STAMFORD, CT 06902
Your item was delivered to the front desk, reception area, or mail room at 12:58 pm on September 27, 2021 in STAMFORD, CT 06902.

**September 26, 2021, 2:00 pm**
Departed USPS Regional Destination Facility
WHITE PLAINS NY DISTRIBUTION CENTER

**September 26, 2021, 10:26 am**
Arrived at USPS Regional Destination Facility
WHITE PLAINS NY DISTRIBUTION CENTER

**September 25, 2021**
In Transit to Next Facility

**September 22, 2021, 9:42 pm**
Departed USPS Regional Facility
ORLANDO FL DISTRIBUTION CENTER

**September 22, 2021, 8:10 pm**
Arrived at USPS Regional Origin Facility

  



Exhibit D

# The Moorish National Republic
### Societas Republicae Ea Al Maurikanos

#### �an ~ Moorish Divine and National Movement of the World ~ an

*Northwest Amexem / Northwest Africa / North America* - 'The North Gate'
**Aboriginal and Indigenous Natural Peoples of the Land**
The true and de jure Al Moroccans / Americans

---

## NOTICE OF INTENT TO LIEN
Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.

13 October, 2021 [CCY]

To:
CHARTER COMMUNICATIONS / SPECTRUM
Chief Financial Officer
Christopher L. Winfrey

I, Erod Habib Xaragua El, am a Moorish American National, In Full Life, Sui Juris, Sui Hæredes, In Propria Persona, Aboriginal and Indigenous to the American Continent, Heir Unconditional upon My Ancestral Estate, Secured Party Creditor and Authorized Representative for the Dead, CORPORATE U.S. 14th Amendment fictitious person named EROD LAPOINTE.

I mailed a money order which was delivered, according to the mailing service tracking number, to your mailing location *care of 400 Atlantic Street near Stamford, Connecticut [06901]* on the 27th day of September, 2021 for you to fulfill your obligation and discharge the debt on the account #0031395310-18. The return receipt card which is part of the mailing service for your agent to sign was returned to me without a name and without a signature. Having received my mail, you then failed to discharge or instruct your agents to discharge the debt on the account, resulting in a disconnection order thereby restricting me from accessing my Estate and causing injury to my family and the Moorish Nation.

The American Constitution adopted for the United States of America, **Article 6 Clause 1**:
*"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation."*

I am corresponding with you here directly to make NOTICE OF INTENT TO LIEN. You are hereby given ten (10) *calendar* days to contact me and make arrangements with me or to cure this matter with a reasonable settlement. FAILURE on your part to make some peaceful resolution with me within said ten (10) calendar days equate to your silence and will be a tacit that you have NO HONEST AND/ OR HONORABLE DESIRE to try and correct your injurious behavior. I will then proceed to protect my just complaints and secure my just claims with attachments and/or LIENS to protect my Nation and my rights. I will NOT release those LIENS until the complete matter in controversy has been finally worked out and agreed to fully, and an actual agreement or some schedule of compensation for full damages has

been finalized. I have included another money order for you to discharge the debt on the account for the current billing cycle.

I trust you will realize my only desire is to make a just and peaceable resolution of this matter in accordance with law. The sooner we make resolution, the sooner I can release my INTENT to LIEN against your company. I await your timely response within TEN (10) CALENDAR DAYS. I will reply in a timely manner so that we can resolve this matter in both our interest. Upon resolution, we, the Moorish Americans, expect that you will take the necessary measures to ensure that in the future your representatives, agents and business procedures honor the Supreme Laws of the Land.

I Am: _Erool  Habib  Yaragua  El_

Moorish American National, Sui Juris
Secured Party Creditor
All rights Reserved.

Exhibit E

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SPECTRUM / CHARTER COMMUNICATIONS
Chief Financial Officer
Christopher L. ~~Young~~ Winfrey
Care of 400 Atlantic Street
near Stamford, Connecticut [06901]

9590 9402 6122 0209 2080 86

2. Article Number (Transfer from service label)

*Article Number missing*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee   $3.75

$                        $3.05              0813
Extra Services & Fees (check box, add fee as appropriate)   7
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $0.58
$
Total Postage and Fees   38          10/14/2021
$

Sent To
SPECTRUM / CHARTER COMMUNICATIONS, Christopher L. Winfrey
Street and Apt. No., or PO Box No.
Care of 400 Atlantic Street
City, State, ZIP+4®
near Stamford, Connecticut [06901]

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions



Exhibit F

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 70210950000079242231

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:11 am on October 18, 2021 in STAMFORD, CT 06902.

## ⊘ Delivered, Front Desk/Reception/Mail Room

October 18, 2021 at 11:11 am
STAMFORD, CT 06902

**Get Updates** ⌄

Feedback

---

Text & Email Updates                                               ⌄

---

Tracking History                                                   ⌃

**October 18, 2021, 11:11 am**
Delivered, Front Desk/Reception/Mail Room
STAMFORD, CT 06902
Your item was delivered to the front desk, reception area, or mail room at 11:11 am on October 18, 2021 in STAMFORD, CT 06902.

**October 18, 2021, 2:29 am**
Departed USPS Regional Facility
WHITE PLAINS NY DISTRIBUTION CENTER

Exhibit G

| | |
|---|---|
| **Subject** | In Regards to your Spectrum Account |
| **From** | Lee, Deanna K<br><Deanna.K.Lee@charter.com> |
| **To:** | squad182002@yahoo.fr<br><squad182002@yahoo.fr> |
| **Date** | Oct 29 at 6:21 PM |

Dear Xaragua El,

We have attempted to reach you to discuss an important matter related to your Spectrum account.  As you are a valued Spectrum customer, we would like the opportunity to discuss this matter with you directly.

Please contact me at the phone number listed below.  If you reach my voicemail, please provide the best time and phone number so that I may return your call when it is convenient for you.



**Deanna K. Lee** | Offline Customer Support Supervisor |
Phone 1-855-261-1417 Ext. 6722479
5413 State Rd 64 East | Bradenton, FL 34208

**The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.**

Exhibit H

**Subject**   Spectrum Services (Reference: 2018930)

**From**   FL. CC. Billing. Correspondence
<FL.CC.Billing.Correspondence@charter.com>

**To:**   squad182002@yahoo.fr
<squad182002@yahoo.fr>

**Date**   Nov 3 at 11:20 AM

Greetings Erod Habib Xaragua El,

We recently attempted to contact you regarding your
concerns, but our attempts to reach you by phone were not
successful. At your earliest convenience, please confirm
the best contact telephone number and time at which we
can reach out to you by responding to this email with that
information or by calling 813-302-0387 and leaving us a
voicemail message.

Thank you,



The contents of this e-mail message and
any attachments are intended solely for the
addressee(s) and may contain confidential
and/or legally privileged information. If you
are not the intended recipient of this message
or if this message has been addressed to you
in error, please immediately alert the sender
by reply e-mail and then delete this message
and any attachments. If you are not the
intended recipient, you are notified that
any use, dissemination, distribution, copying,
or storage of this message or any attachment
is strictly prohibited.

**Exhibit I**



November 6, 2021

EROD HABIB XARAGUA EL
222 N HIAWASSEE RD APT 48
ORLANDO FL 32835-1076

Regarding account number: 139531018

Greetings Erod Habib Xaragua El,

We received your recent feedback, but our attempts to reach you have been unsuccessful. As you are a valued Charter customer, we would like the opportunity to address your concerns, but it is necessary for us to speak with you directly to provide assistance.

At your earliest convenience, please contact our office directly at the phone number listed below. In the event we are not available, please leave a message to confirm the best contact telephone number and time to return your call.

We look forward to working with you to resolve your concerns as quickly as possible.

Sincerely,


Michael Braem
4145 S Falkenburg Rd
Riverview, FL 33578
813-302-0387

Exhibit J

An independent contractor for

IMPORTANT NOTICE

An independent contractor for

Spectrum▶

---

An independent contractor for

Spectrum▶



## SORRY WE MISSED YOU

Date: 11/12/21          Job #: 355142728

A representative was at your address today in order to:

☑ **HELP RESTORE YOUR SERVICES WITH NO PAYMENT FEES**

☑ **AVOID FINAL DISCONNECT OF YOUR SPECTRUM SERVICES**

☑ **OR TO COLLECT YOUR SPECTRUM OWNED EQUIPMENT**

Your representative may still be in the area.

Total Due: _____

Minimum Required Today: 188⁰⁰
*Minimum amounts due may change if not paid today.

Please contact us immediately to arrange a payment:

Representative: Eric (904)655-0206
Office: 877-298-0942 (9am - 8pm)

BY CASH, CHECK, MONEY ORDER OR CREDIT CARD.



Exhibit K