UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EROD HABIB XARAGUA EL,

    Plaintiff,

v.                                                     Case No: 8:21-cv-2742-KKM-AEP

MICHAEL BRAEM, DEANNA K. LEE,
and CHARTER COMMUNICATIONS, INC.,

    Defendants.
_____

## ORDER

Plaintiff moved to appeal the Court's order dismissing his complaint without prejudice for failure to pay the filing fee. (Doc. 12.) The Magistrate Judge recommends denying Plaintiff's motion. (Doc. 13.)

The fourteen-day deadline for Plaintiff to object to the Report and Recommendation has passed (with an additional three-days permitted for mailing), and he has not objected in any meaningful way. (*See* Doc. 14, Affidavit of Fact (arguing that he never sought permission to proceed in forma pauperis and the Report "is null and void *ab initio*").) Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.).

The Plaintiff's motion is due to be denied for the reasons stated in the Magistrate Judge's recommendation. (Doc. 13.) First, the motion is deficient because it fails to claim an entitlement to redress or state issues that Plaintiff intends to pursue on appeal. *See* Fed. R. App. Proc. 24. Second, Plaintiff's Notice of Appeal is untimely because it was filed nearly four months after this Court entered judgment. *See* Fed. R. App. Proc. 4(a)(1)(A) (a notice of appeal must "be filed with the district clerk within 30 days after the judgment or order appealed from is entered").

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 13) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion to Appeal *In Forma Pauperis* (Doc. 12) is **DENIED**.

3. In accordance with Federal Rule of Appellate Procedure 24(a)(4)(A), the Clerk is directed to notify the Eleventh Circuit that the motion to proceed in forma pauperis has been denied.

**ORDERED** in Tampa, Florida, on June 7, 2022.

Kathryn Kimball Mizelle
United States District Judge

2